FILED

**NOT FOR PUBLICATION**

MAY 27 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-10557 |
| Plaintiff - Appellee, | D.C. No. 2:07-cr-01008-ROS |
| ENRIQUE TORRES-CHAIREZ, a.k.a. Linio Monsivais-Landero, a.k.a. Enrique Torres, | MEMORANDUM* |
| Defendant - Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-10558 |
| Plaintiff - Appellee, | D.C. No. 2:01-cr-01025-ROS |
| v. | |
| ENRIQUE TORRES-CHAIREZ, a.k.a. Linio Monsivais-Landero, a.k.a. Enrique Torres, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Roslyn O. Silver, Chief Judge, Presiding

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Submitted May 24, 2011[**]

Before:    PREGERSON, THOMAS, and PAEZ, Circuit Judges.

In these consolidated appeals, Enrique Torres-Chairez appeals from his guilty-plea conviction and 41-month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326, and from the revocation of his supervised release and eight-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Torres-Chairez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgments are **AFFIRMED**.

---

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

08-10557